IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02525-MEH

ANDREW L. DEMROW, on his behalf and on behalf of those similarly situated,

Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,

Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2016**.

For good cause shown, Plaintiff's Unopposed Motion to Amend *Hoffman-LaRoche* Notice and Consent Form [filed March 11, 2016; docket #33] is **granted**. The Court approves the proposed changes to the Consent and Notice Forms as set forth in Exhibits 1 and 2 attached to the motion.