IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02525-MEH

ANDREW L. DEMROW, on his behalf and on behalf of those similarly situated,

    Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2016**.

    For good cause shown, Plaintiff's Unopposed Motion to Modify Notice to Opt-In Plaintiffs [filed March 25, 2016; docket #38] is **granted**. Potential opt-in Plaintiffs may file consent-to-join forms on or before June 13, 2016, and the *Hoffman-LaRoche* Notice and Consent to Join forms shall be amended to reflect the new date.