IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02525 MEH

ANDREW L. DEMROW,

    Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,

    Defendant.

---

## ORDER APPROVING SETTLEMENT

---

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter came before the Court for a "fairness hearing" relating to the Stipulated Motion to Approve Settlement on November 30, 2016. The parties were represented by counsel and the named-Plaintiff, Andrew L. Demrow, personally appeared and testified. This Court reviewed the terms of the proposed settlement, asked the parties questions, and received appropriate responses as to whether the settlement represented "a fair and reasonable resolution of a *bona fide* dispute." *See* 29 U.S.C. §216(c); *Lynn Food Stores, Inc. v. United States,* 679 F.2d 1350, 1353–55 (11th Cir. 1982). Having considered the motion, the arguments and statements of counsel and the testimony, the Court finds that the settlement reflects a fair and reasonable compromise over issues that were in dispute. Therefore, for the reasons discussed in detail during the hearing, the Court will approve the settlement as set forth below.

    The Court also finds that the amount of the requested attorney fees, which was voluntarily reduced by Plaintiffs' counsel at the hearing from 40% to 38.5% of the gross recovery, is fair and reasonable when analyzed under Rule 1.5 of the Colorado Rules of Professional Conduct and

case law. *See, e.g.*, *Cimarron Pipeline Constr., Inc. v. nat. Council on Comp. Ins.*, No. 89-822-T, 1993 WL 355466, at *2 (W.D. Okla. June 8, 1993) ("Fees in the range of 30-40% of any amount recovered are common in complex and other cases taken on a contingent fee basis."). Accordingly, it is hereby

ORDERED that the Stipulated Motion to Approve Settlement [filed November 10, 2016; ECF No. 63] is **granted**. The settlement, as modified to reflect a 38.5% contingent fee, is **approved** as being fair and reasonable; and, it is further

ORDERED that the gross recovery amount of $1,800,000.00, including costs and expenses of $9,000.00 and attorney fees of $693,000.00 are **approved** and said sums shall be disbursed in accordance with the chart set out below.

The Clerk of the Court is directed to close this case, with each party to bear his or its own fees and costs.

Dated at Denver, Colorado this 5th day of December, 2016.

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

APPROVED AS TO FORM:

KARP NEU HANLON, P.C.                    SHERMAN & HOWARD, L.L.C.

*/s/Sander N. Karp*                      */s/Brooke A. Colaizzi*
Sander N. Karp                           Emily F. Keimig
201 14th St., Suite 200                  Brooke A. Colaizzi
633 17th St., Suite 3000                 Denver, CO 80202
Glenwood Springs, CO  81601              Phone:  (303) 297-2900
Phone:  (970) 945-2261                   Facsimile: (303) 298-0940
Facsimile:  (970) 945-7336               bcolaizzi@shermanhoward.com
snk@mountainlawfirm.com

**APPROVED DISTRIBUTIONS**

| Name | 3 Years at 12 Hours | Percent of Total | Gross Proceeds | Attorney Fees | Costs | Net Proceeds |
|---|---|---|---|---|---|---|
| Adams | $13,680.95 | 1.62% | $29,224.32 | $11,251.36 | $146.12 | $17,826.83 |
| Ahadi | $8,131.78 | 0.97% | $17,370.56 | $6,687.66 | $86.85 | $10,596.04 |
| Alcala | $29,044.77 | 3.45% | $62,043.47 | $23,886.74 | $310.22 | $37,846.52 |
| Bigler | $23,177.15 | 2.75% | $49,509.46 | $19,061.14 | $247.55 | $30,200.77 |
| Brandenb | $7,372.68 | 0.87% | $15,749.02 | $6,063.37 | $78.75 | $9,606.90 |
| Brokaw | $48,912.76 | 5.80% | $104,484.13 | $40,226.39 | $522.42 | $63,735.32 |
| Burkhrdt | $40,969.40 | 4.86% | $87,516.06 | $33,693.68 | $437.58 | $53,384.80 |
| Clark | $39,281.09 | 4.66% | $83,909.61 | $32,305.20 | $419.55 | $51,184.86 |
| Demrow | $69,940.66 | 8.30% | $149,402.50 | $57,519.96 | $747.01 | $91,135.53 |
| Eldridge | $34,203.15 | 4.06% | $73,062.45 | $28,129.04 | $365.31 | $44,568.10 |
| Gross | $77,892.63 | 9.24% | $166,388.96 | $64,059.75 | $831.94 | $101,497.27 |
| Hankins | $44,363.46 | 5.26% | $94,766.22 | $36,484.99 | $473.83 | $57,807.39 |
| Hansbrgr | $38,094.94 | 4.52% | $81,375.83 | $31,329.70 | $406.88 | $49,639.26 |
| House | $33,190.82 | 3.94% | $70,899.98 | $27,296.49 | $354.50 | $43,248.99 |
| Kelley | $11,749.96 | 1.39% | $25,099.47 | $9,663.30 | $125.50 | $15,310.68 |
| Keohan | $28,969.74 | 3.44% | $61,883.20 | $23,825.03 | $309.42 | $37,748.75 |
| Kibel | $38,478.32 | 4.57% | $82,194.78 | $31,644.99 | $410.97 | $50,138.82 |
| McCloud | $7,950.03 | 0.94% | $16,982.32 | $6,538.19 | $84.91 | $10,359.21 |
| Mercer | $30,613.99 | 3.63% | $65,395.53 | $25,177.28 | $326.98 | $39,891.28 |
| Odom G | $14,279.46 | 1.69% | $30,502.82 | $11,743.58 | $152.51 | $18,606.72 |
| Odom T | $7,702.22 | 0.91% | $16,452.96 | $6,334.39 | $82.26 | $10,036.31 |
| Olson | $3,898.56 | 0.46% | $8,327.84 | $3,206.22 | $41.64 | $5,079.98 |
| Pickering | $35,101.79 | 4.17% | $74,982.07 | $28,868.10 | $374.91 | $45,739.06 |
| Powell | $46,662.05 | 5.54% | $99,676.31 | $38,375.38 | $498.38 | $60,802.55 |
| St Germin | $41,123.21 | 4.88% | $87,844.62 | $33,820.18 | $439.22 | $53,585.22 |
| Teague | $57,464.83 | 6.82% | $122,752.48 | $47,259.71 | $613.76 | $74,879.01 |
| Vieyra | $2,949.18 | 0.35% | $6,299.84 | $2,425.44 | $31.50 | $3,842.90 |
| Webb | $7,444.85 | 0.88% | $15,903.18 | $6,122.73 | $79.52 | $9,700.94 |
|  | **$842,644.43** | **100.00%** | **$1,800,000.00** | **$693,000.00** | **$9,000.00** | **$1,098,000.00** |